# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1835

_____

United States of America,

      Appellee,

v.

James E. Childress,

      Appellant.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Western District of Missouri.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted:  May 30, 2001
Filed:  June 4, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

A jury found James E. Childress guilty of conspiring to distribute methamphetamine, in violation of 21 U.S.C. § 846, and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).  The district court[1] sentenced him to concurrent terms of 235 months imprisonment and 5 years supervised release for the drug offense and 120 months imprisonment and 3 years supervised release for the firearm offense.  On appeal, his counsel has filed a brief and moved to withdraw under

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

<u>Anders v. California</u>, 386 U.S. 738 (1967), and Childress has not filed a pro se supplemental brief. Counsel raises three claims of ineffective assistance of trial counsel, and argues that the court erred in allowing evidence of a drug transaction committed by Childress's co-conspirators after he had been arrested and incarcerated.

First, Childress's ineffective-assistance claims should be raised in 28 U.S.C. § 2255 proceedings, not in this direct appeal. <u>See</u> <u>United States v. Martin</u>, 59 F.3d 767, 771 (8th Cir. 1995). Second, the rationale for admitting the challenged evidence--that the conspiracy did not end upon Childress's arrest and incarceration--was correct. <u>See</u> <u>United States v. Bascope-Zurita</u>, 68 F.3d 1057, 1061 (8th Cir. 1995) (conspiracy continues after one co-conspirator is arrested if other co-conspirators' illegal activities continue thereafter), <u>cert. denied</u>, 516 U.S. 1062 (1996).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw. We deny Childress's motion for appointment of new appellate counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-